**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| In Re: Wire Harness Systems | : | Case No. 2:12-cv-00103 |
| In Re: Instrument Panel Clusters | : | Case No. 2:12-cv-00203 |
| In Re: Fuel Senders | : | Case No. 2:12-cv-00303 |
| In Re: Heater Control Panels | : | Case No. 2:12-cv-00403 |
| In Re: Automotive Bearings | : | Case No. 2:12-cv-00503 |
| In Re: Occupant Safety Systems | : | Case No. 2:12-cv-00603 |
| In Re: Alternators | : | Case No. 2:13-cv-00703 |
| In Re: Anti-Vibrational Rubber Parts | : | Case No. 2:13-cv-00803 |
| In Re: Windshield Wiper Systems | : | Case No. 2:13-cv-00903 |
| In Re: Radiators | : | Case No. 2:13-cv-01003 |
| In Re: Starters | : | Case No. 2:13-cv-01103 |
| In Re: Automotive Lamps | : | Case No. 2:13-cv-01203 |
| In Re: Switches | : | Case No. 2:13-cv-01303 |
| In Re: Ignition Coils | : | Case No. 2:13-cv-01403 |
| In Re: Motor Generator | : | Case No. 2:13-cv-01503 |
| In Re: Steering Angle Sensors | : | Case No. 2:13-cv-01603 |
| In Re: HID Ballasts | : | Case No. 2:13-cv-01703 |
| In Re: Inverters | : | Case No. 2:13-cv-01803 |
| In Re: Electric Powered Steering Assemblies | : | Case No. 2:13-cv-01903 |
| In Re: Air Flow Meters | : | Case No. 2:13-cv-02003 |
| In Re: Fan Motors | : | Case No. 2:13-cv-02103 |
| In Re: Fuel Injection Systems | : | Case No. 2:13-cv-02203 |
| In Re: Power Window Motors | : | Case No. 2:13-cv-02303 |
| In Re: Automatic Transmission Fluid Warmers | : | Case No. 2:13-cv-02403 |
| In Re: Valve Timing Control Devices | : | Case No. 2:13-cv-02503 |
| In Re: Electronic Throttle Bodies | : | Case No. 2:13-cv-02603 |
| In Re: Air Conditioning Systems | : | Case No. 2:13-cv-02703 |
| In Re: Windshield Washer Systems | : | Case No. 2:13-cv-02803 |
| In Re: Automotive Constant Velocity Joint | : | |

| | | |
|---|---|---|
| Boot Products | : | Case No. 2:14-cv-02903 |
| In Re: Spark Plugs | : | |
| In Re: Automotive Hoses | : | Case No. 2:15-cv-03003 |
| In Re: Shock Absorbers | : | Case No. 2:15-cv-03203 |
| In Re: Body Sealing Products | : | Case No. 2:15-cv-03303 |
| In Re: Interior Trim Products | : | Case No. 2:16-cv-03403 |
| In Re: Automotive Brake Hoses | : | Case No. 2:16-cv-03503 |
| In Re: Exhaust Systems | : | Case No. 2:16-cv-03603 |
| In Re: Ceramic Substrates | : | Case No. 2:16-cv-03703 |
| In Re: Power Window Switches | : | Case No. 2:16-cv-03803 |
| In Re: Automotive Steel Tubes | : | Case No. 2:16-cv-03903 |
| In Re: Access Mechanisms | : | Case No. 2:16-cv-04003 |
| In Re: Side Door Latches | : | Case No. 2:16-cv-04103 |
| In Re: Electronic Braking Systems | : | Case No. 2:16-cv-04303 |
| In Re: Hydraulic Braking Systems | : | Case No. 2:21-cv-04403 |
| | : | Case No. 2:21-cv-04503 |
| THIS DOCUMENT RELATES TO: ALL END-PAYOR ACTIONS | : | |

**ORDER REGARDING LENGTH OF RESPONSE AND REPLY BRIEFS AS TO PENDING MOTION FOR AN AWARD OF ATTORNEYS' FEES IN CONNECTION WITH THE ROUNDS 1–5 SETTLEMENTS**

On May 9, 2025, Settlement Class Counsel filed a Motion for An Additional Award of Attorneys' Fees in Connection with the Rounds 1–5 Settlements. This Court granted Settlement Class Counsel's Ex Parte Motion for Leave to Exceed Page Limit and allowed them to file a brief of 49 pages.

Several Settlement Class Members have likewise filed Ex Parte Motions for Leave to Exceed Page Limit, so that they can file over-sized response briefs.

Having considered those motions, the Court hereby GRANTS the motions, to the extent that the Court shall allow those parties to file briefs of no more than 49 pages.

The Court notes that Settlement Class Counsel's Reply Brief is due no later than June 16, 2025. The Court anticipates that Settlement Class Counsel may seek leave to exceed the page limit for that reply brief. The Court will allow a brief of no more than 25 pages and will not entertain any motions seeking leave to file a brief in excess of that.

**IT IS SO ORDERED.**

Dated: June 10, 2025

s/Sean F. Cox

Sean F. Cox
United States District Judge